UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 20-cv-24057-BB

AT LAW AND IN ADMIRALTY

SELINA ALEXANDER,

      Plaintiff,

v.

NCL (BAHAMAS) LTD d/b/a
NORWEGIAN CRUISE LINE,

      Defendant.

_____/

## <u>JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE</u>

The Plaintiff, SELINA ALEXANDER, and Defendant, NCL (BAHAMAS) LTD d/b/a

NORWEGIAN CRUISE LINE, have settled all claims in the above captioned cause through the

execution of a confidential settlement agreement and release and therefore Plaintiff and Defendant

hereby stipulate to the Dismissal of this entire action with prejudice, with each party to bear their

own attorneys' fees and costs.


Respectfully submitted,

**By:**  _s/ Lisa C. Goodman_                  _s/ Todd Sussman_         
        **John H. Hickey, Esq.** (FBN 305081)     **Todd Sussman, Esq.** (FBN: 0084729)
        hickey@hickeylawfirm.com              tsussman@ncl.com
        **Lisa C. Goodman, Esq.** (FBN 118698)   jjara@ncl.com
        lgoodman@hickeylawfirm.com       **Norwegian Cruise Line**
        **Hickey Law Firm, P.A.**               7665 Corporate Center Drive
        1401 Brickell Avenue, Suite 510      Miami, FL 33126
        Miami, FL  33131                 Tel: (305) 436-4653
        Tel. (305) 371-8000              Fax:(305) 468-2132
        Fax: (305) 371-3542             *Counsel for Defendant*
        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 24, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served upon all counsel of record or pro se parties identified on the Service List below in the manner specified, wither via transmissions of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/Lisa C. Goodman*
Lisa C Goodman, Esq. (FBN 118698)
lgoodman@hickeylawfirm.com

## **SERVICE LIST**

SELINA ALEXANDER v. NCL (BAHAMAS) LTD
CASE NO.: 20-cv-24057-BB

| **John H. Hickey, Esq. (FBN 305081)** | **Todd Sussman, Esq. (FBN 0084729)** |
|---|---|
| E: hickey@hickeylawfirm.com | E: tsussman@ncl.com |
| E: federalcourtfilings@hickeylawfirm.com | E: jjara@ncl.com |
| **Lisa Goodman, Esq. (FBN 118698)** | **NORWEGIAN CRUISE LINE** |
| E: lgoodman@hickeylawfirm.com | 7665 Corporate Center Drive |
| E: mrodriguez@hickeylawfirm.com | Miami, FL 33126 |
| **HICKEY LAW FIRM, P.A.** | P: (305) 436-4653 |
| 1401 Brickell Avenue | F: (305) 468-2132 |
| Suite 510 | *Attorneys for Defendant* |
| Miami, FL 33131 | |
| P: (305) 371-8000 | |
| F: (305) 371-3542 | |
| *Attorneys for Plaintiff* | |