UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 20-cv-24057-BB

AT LAW AND IN ADMIRALTY

SELINA ALEXANDER,

    Plaintiff,

v.

NCL (BAHAMAS) LTD d/b/a
NORWEGIAN CRUISE LINE,

    Defendant.
_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE having come before the Court on the parties' Joint Stipulation for Dismissal with Prejudice, and the Court having considered the parties' stipulation for dismissal and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the Joint Stipulation is approved, and the within cause be dismissed with prejudice, as to all parties and all claims, each party to bear its own costs and attorney's fee.

**DONE AND ORDERED** on this _____ day of September, 2021.

                                                                      _____
                                                                      **HON. BETH BLOOM**
                                                                      **UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record